## (January 12, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID ELLISON, JR., Petitioner, v R.J. HENDERSON, as Superintendent of Auburn Correctional Facility, Respondent. — Application for writ of habeas corpus denied. Mahoney, P.J., Sweeney, Main, Mikoll and Herlihy, JJ., concur.

## (January 13, 1981)

■ DEANNA M. WASKIEWICZ, Respondent, v ALBERT P. WASKIEWICZ, Appellant. — Motion to dismiss appeal transferred to Appellate Division, Fourth Department, for determination (cf. *People v Schoff,* 266 App Div 158).